UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN SOLAK, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> JOSEPH E. CONSOLINO, *et al.*, <br><br> and <br><br> NATIONAL INTERSTATE CORP., <br><br> Defendants. | Case No. 5:16-cv-02470 <br><br> JUDGE SARA LIOI <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF MATTHEW P. MAJARIAN** |

Pursuant to Rule 83.5(h) of the Local Civil Rules for the United States District Court for the Northern District of Ohio, Defendants Great American Insurance Co., American Financial Group, Inc., GAIC Alloy, Inc., Joseph E. Consolino, Ronald J. Brichler, Gary J. Gruber and Donald D. Larson (collectively, "Defendants") respectfully move this Court for an Order permitting Attorney Matthew P. Majarian to appear *pro hac vice* and participate in this case on behalf of Defendants. As grounds for this Motion, Defendants state that Attorney Majarian is admitted to the practice of law before, and is a current member in good standing of, the State Bar of Delaware (Bar No. 5696). Mr. Majarian was admitted to the Bar of Delaware in 2012. Mr. Majarian has never been disbarred or suspended from practice before any Court, department, bureau or commission of any State, nor has he ever received reprimand from any such Court, department, bureau or commission pertinent to conduct or fitness as a member of the bar.

Mr. Majarian's affidavit, attesting to the foregoing facts, is attached hereto as Exhibit A, and his contact information is as follows:

Matthew P. Majarian
Skadden, Arps, Slate, Meagher & Flom LLP

One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Tel: (302) 651-3131
Fax: (302) 574-3131
matthew.majarian@skadden.com

The *pro hac vice* admission fee is tendered to this Court in accordance with Local Rule 83.5(h).

Date: October 12, 2016

Respectfully submitted,

*/s/ Kirsty F. McNamara*
MITCHELL G. BLAIR (0010892)
FRITZ E. BERCKMUELLER (0081530)
KIRSTY F. MCNAMARA (0091207)
KATHRYN GAUGHAN ANDRACHIK (0093998)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, Ohio 44114
Tel: (216) 622-8200
Fax: (216) 622-8441
mblair@calfee.com
fberckmueller@calfee.com
kmcnamara@calfee.com
kandrachik@calfee.com

*Attorneys for Defendants, Great American Insurance Co., American Financial Group, Inc., GAIC Alloy, Inc., Joseph E. Consolino, Ronald J. Brichler, Gary J. Gruber and Donald D. Larson*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all registered counsel by operation of the Court's Electronic Filing System. Parties may access this filing through the CM/ECF system.

                                              */s/ Kirsty F. McNamara*
                                              One of the Attorneys for Defendants