IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

---

| | |
|---|---|
| JOHN SOLAK, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiff, | |
| v. | Case No. 5:16-CV-02470 |
| JOSEPH E. CONSOLINO, RONALD J. BRICHLER, I. JOHN CHOLNOKY, PATRICK J. DENZER, GARY J. GRUBER, DONALD D. LARSON, TONY J. MERCURIO, DAVID W. MICHELSON, NORMAN L. ROSENTHAL, DONALD W. SCHWEGMAN, ALAN R. SPACHMAN, NATIONAL INTERSTATE CORP., GREAT AMERICAN INSURANCE COMPANY, AMERICAN FINANCIAL GROUP, INC., and GAIC ALLOY, INC., | JUDGE SARA LIOI<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF TARIQ MUNDIYA** |
| Defendants. | |
| and | |
| NATIONAL INTERSTATE CORP., an Ohio corporation, | |
| Nominal Defendant. | |

---

Pursuant to Rule 83.5(h) of the Local Civil Rules for the United States District Court for the Northern District of Ohio, Defendants John Cholnoky, Patrick J. Denzer, Norman L. Rosenthal, Donald W. Schwegman and Alan R. Spachman (collectively, the "Special Committee Defendants"), respectfully move this Court for an Order permitting Attorney Tariq Mundiya to appear *pro hac vice* and participate in this case on behalf of the Special Committee Defendants. As grounds for this Motion, the Special Committee Defendants state that Attorney Mundiya is admitted to the practice of law before, and is a current member in good standing of, the State Bar of New York (Reg. No. 2345304). He was admitted to the Bar of New York in 1990.  Mr.

- 2 -

Mundiya has never been disbarred or suspended from practice before any Court, department, bureau or commission of any State, nor has he ever received reprimand from any such Court, department, bureau or commission pertinent to conduct or fitness as a member of the bar.

Mr. Mundiya's affidavit, attesting to the foregoing facts, is attached hereto as Exhibit A, and his contact information is as follows:

> Tariq Mundiya
> Willkie Farr & Gallagher LLP
> 787 Seventh Avenue
> New York, New York 10019
> Tel:  212-728-8565
> Fax:  212-728-9565
> tmundiya@willkie.com

The *pro hac vice* admission fee is tendered to this Court in accordance with Local Rule 83.5(h).

Dated: October 13, 2016

Respectfully submitted,

/s/ Kristin L. Bryan

Joseph C. Weinstein (OH 0023504)
Kristin L. Bryan (OH 0095300)
SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479–8500
Fax: (216) 479–8780
E-mail: joe.weinstein@squirepb.com
        kristin.bryan@squirepb.com

*Attorneys for Defendants John Cholnoky, Patrick J. Denzer, Norman L. Rosenthal, Donald W. Schwegman and Alan R. Spachman*

## CERTIFICATE OF SERVICE

    I hereby certify that on October 13, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all registered counsel by operation of the Court's Electronic Filing System. Parties may access this filing through the CM/ECF system.

                                                             /s/ Kristin L. Bryan
                                                   Attorney for Special Committee Defendants