IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN SOLAK, Individually and On Behalf of All Others Similarly Situated,<br><br>   Plaintiffs,<br><br>   v.<br><br>JOSEPH E. CONSOLINO, *et al.*,<br><br>and<br><br>NATIONAL INTERSTATE CORP.,<br><br>   Defendants. | Case No. 5:16-cv-02470<br><br>JUDGE SARA LIOI<br><br><br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY M. NESPOLE |

## MOTION FOR ADMISSION *PRO HAC VICE* OF GREGORY M. NESPOLE

Pursuant to Local Rule 83.5(h), Plaintiffs ("Plaintiffs"), respectfully move this Court for an Order granting Gregory M. Nespole of Wolf Haldenstein Adler Freeman & Herz LLP to appear *pro hac vice* on behalf of the Plaintiffs in the trial of this action and for all proceedings related thereto.  In support of this motion, Plaintiffs aver:

1.     Daniel R. Karon is an attorney duly admitted to the Bar of the State of Ohio, authorized to practice before this Court and co-counsel for Plaintiffs.

2.     Gregory M. Nespole is a partner of the law firm Wolf Haldenstein Adler Freeman & Herz LLP.

3.     Gregory M. Nespole is a member in good standing of the bar of the State of New York (Bar No. 2594356). He is also admitted in the United States District Court for the Southern

and Eastern Districts of New York, and the United States Court of Appeals for the Second, Fourth, and Fifth Circuits.

4.      There are no disciplinary proceedings pending against Gregory M. Nespole in any jurisdiction and he has never been the subject of any disciplinary proceeding in any jurisdiction.

5.      Plaintiffs desire Gregory M. Nespole to actively participate as co-counsel on their behalf along with counsel of record Daniel R. Karon from Karon LLC for the conduct of trial and all pretrial and post-trial proceedings in this matter.

6.      Gregory M. Nespole understands that admission *pro hac vice* before this Court subjects him to the disciplinary jurisdiction of this Court. The Affidavit of Gregory M. Nespole is attached hereto as Exhibit A in support of this Motion.

WHEREFORE, Plaintiffs respectfully request that this Court grant this Motion for Admission *Pro Hac Vice* of Gregory M. Nespole.

The *pro hac vice* admission fee is tendered to this Court in accordance with Local Rule 83.5(h).

Dated: October 24ᵗʰ, 2016

Respectfully submitted,

*/s/ Daniel R. Karon*
Daniel R. Karon (#0069394)
Karon LLC
700 West St. Clair Avenue
Suite 200
Cleveland, OH  44113
Phone:  216.622.1851
 Fax:  216.241.8175
Email: dkaron@karonllc.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 24ᵗʰ, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all registered counsel by operation of the Court's Electronic Filing System. Parties may access this filing through the CM/ECF system.

*Isl Daniel R. Karon*
Daniel R. Karon