IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JOHN SOLAK**, Individually And On Behalf Of All Others Similarly Situated, | Case No. 5:16-CV-02470 |
| Plaintiff, | Judge Sara Lioi |
| - v. - | |
| **JOSEPH E. CONSOLINO, RONALD J. BRICHER, I. JOHN CHOLNOKY, PATRICK J. DENZER, GARY J. GRUBER, DONALD D. LARSON, TONY J. MERCURIO, DAVID W. MICHELSON, NORMAL L. ROSENTHAL, DONALD W. SCHWEGMAN, ALAN R. SPACHMAN, NATIONAL INTERSTATE CORP., GREAT AMERICAN INSURANCE COMPANY, AMERICAN FINANCIAL GROUP, INC., and GAIC ALLOY, INC.,** | |
| Defendants. | |
| -and- | |
| **NATIONAL INTERSTATE CORP**, an Ohio Corporation, | |
| Nominal Defendant | |

**UNOPPOSED MOTION FOR FINAL APPROVAL OF
SETTLEMENT, CERTIFICATION OF THE SETTLEMENT
CLASS AND AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Plaintiff, by and through counsel and pursuant to the Stipulation and the exhibits attached thereto, hereby moves this Court for final approval of the proposed settlement (the "Settlement") of this Action. In particular, Plaintiff respectfully requests that this Court enter an order, in substantially the form of the proposed order attached as <u>Exhibit D</u> to the Stipulation, (i) granting final approval of the proposed Settlement; (ii) certifying the Settlement Class; and (iii) approving

the unopposed application for an award for attorneys' fees and expenses to Class Counsel in the amount of $425,000 for the reasons set forth in the accompanying memorandum of law in support of the instant motion, which is being contemporaneously filed herewith.

Dated:  April 25, 2017

                                                Respectfully submitted,

**KARON LLC**

/s/ Daniel R. Karon
Daniel R. Karon (#0069394)
Beau D. Hollowell (#0080704)
The Hoyt Block Building, Ste. 200
700 West St. Clair Avenue
Cleveland, Ohio 44113
Phone: 216.622.1851
Fax: 216.241.8175
dkaron@karonllc.com
bhollowell@karonllc.com

OF COUNSEL

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gregory M. Nespole
Benjamin Y. Kaufman
Patrick Donovan
270 Madison Avenue
New York, NY 10016
Phone: 212.545.4600
Nespole@whafh.com
Kaufman@whafh.com
Donovan@whafh.com

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Phone: 212.971.1341
jmonteverde@monteverdelaw.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 25, 2017, the foregoing Plaintiff's Unopposed Motion for Final Approval of Settlement, Final Certification of the Settlement Class and Approval of an Award of Attorneys' Fees and Expenses was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

    /s/ Daniel R. Karon
Daniel R. Karon