IN THE UNTED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN SOLAK, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH E. CONSOLINO, *et al.*,<br><br>and<br><br>NATIONAL INTERSTATE CORP.,<br><br>Defendants. | Case No. 5:16-cv-02470<br><br>JUDGE: Honorable Sarah Lioi<br><br><br><br>MOTION FOR ADMISSION *PRO HAC VICE* OF JUAN E. MONTEVERDE |

<u>MOTION FOR ADMISSION *PRO HAC VICE* OF JUAN E. MONTEVERDE</u>

Pursuant to Local Rule 83.5(h), Plaintiff John Solak ("Plaintiff"), respectfully moves this Court for an Order granting Juan E. Monteverde of Monteverde & Associates PC to appear *pro hac vice* on behalf of the Plaintiff in the trial of this action and for all proceedings related thereto. In support of this motion, Plaintiff avers:

1. Juan E. Monteverde is an attorney admitted to the Bar of the State of New York, authorized to practice before this Court and counsel for Plaintiff.

2. Juan E. Monteverde is the founder and managing partner of the law firm Monteverde & Associates PC, The Empire State Building, 350 Fifth Avenue, Suite 4405, New York, NY 10118, PH: (212) 971-1341; FX: (212) 202-7880, and Email: jmonteverde@monteverdelaw.com.

3. Juan E. Monteverde is a member in good standing of the bar of the State of New York (Bar No. 4467882). He is also admitted in the United States District Court for

Southern District of New York, Eastern District of New York, Western District of New York, Eastern District of Wisconsin, District of Colorado and the United States Court of Appeals for the Seventh and Ninth Circuit.

4. There are no disciplinary proceedings pending against Juan E. Monteverde in any jurisdiction, and he has never been the subject of any disciplinary proceeding in any jurisdiction.

5. Plaintiff desires Juan E. Monteverde to actively participate as counsel on his behalf along with counsel of record Daniel R. Karon from Karon LLC for the conduct of trial and all pretrial and post-trial proceedings in this matter.

6. Juan E. Monteverde understands that admission *pro hac vice* before this Court subjects him to the disciplinary jurisdiction of this Court. A **Certificate of Good Standing** of Juan E. Monteverde is attached hereto as Exhibit A in support of this Motion.

WHEREFORE, Plaintiff respectfully request that this Court grant this Motion for Admission *Pro Hac Vice* of Juan E. Monteverde.

The p*ro hac vice* admission fee is tendered to this Court in accordance with Local Rule 83.5(h).

Dated: May 11, 2017  Respectfully submitted,

/s/ Daniel R. Karon
Daniel R. Karon (#0069394)
Karon LLC
700 West St. Clair Avenue
Suite 200
Cleveland, OH 44113
Phone: 216.622.1851
Fax: 216.241.8175
Email: dkaron@karonllc.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2017, a copy of the foregoing was filed electronically with the Clerk of the Court in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all registered counsel by operation of the Court's Electronic Filing System. Parties may access this filing through the CM/ECF system.

*/s/ Daniel R. Karon*
Daniel R. Karon